IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No. CR-14-292-C |
| ) | CIV-20-660-C |
| TIMOTHY DEWAYNE WATKINS, JR., ) | |
| ) | |
| Defendant ) | |

J U D G M E N T

Upon consideration of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody, and the Court's accompanying Memorandum Opinion and Order,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody be and the same is hereby denied.

DATED this 26th day of August, 2020.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge